United States Bankruptcy Court
Northern District of New York

―――――――――――――――――――――――

In re:  Vincent D. Iocovozzi                    Chapter 13
            Debtor                              Case no. 13-62035-6-dd

―――――――――――――――――――――――

Information Pertaining to:  7688 State Route 28, Town of Exeter, County of Otsego, NY
                            The "camp" a/k/a "Bluewaters"
                            Mailing address:  Richfield Springs, NY


Realtor for summer rentals:  Cooperstown Stay, Inc.

12 out of 13 weeks of summer rented at $2500.00 per week.
12 x $2500.00 = $30,000.00

Realtor commission @ 10% = $3,000.00
Cleaning @ $85.00 per week x 12 = $1,020.00
Install and remove dock each year = $350.00
Internet and television @ $150.00 per month x 3 = $450.00
Property insurance is already paid this year.
Any repairs as needed.
Utility expense (electric, gas and oil) = est. $1,000.00 for summer.

Projected Net Income from summer rentals:  $24,180.00

(If one remaining week rented out as well, Projected Net Income will be:  $26,345.00.)


Taxes:
Annual school taxes on property, approx. $1758.00
Annual property taxes, approx. $1605.00
Total taxes, approx. $3363.00


Mortgage:   Held by GPO Credit Union