**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**This Form Is To Be Used Confirmation Hearings[1] Only.**

Division:  Utica

Case Name:  Vincent D. Iocovozzi

Case No.:  13-62035

☐  Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket ___

No. Reason for Adjournment Request:

Original Return Date of Confirmation Hearing:

Number of prior adjournment request that have been made: _____

☒  Notification of Withdrawal of ☐ Plan; ☒ Objection; ☐ Other: _____
   Filed at Docket No.:  __34__

☐  Notification of Settlement of Objection Filed at Docket No.: _____

Present Date of Confirmation Hearing:  7/24/2014

Requested Adjourned Confirmation Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
   Martin A. Mooney
   Schiller & Knapp, LLP
   950 New Loudon Road, Ste. 310
   Latham, NY 12110
   518-786-9069; mmooney@schillerknapp.com

Consent of All Parties Obtained?    ☒  Yes  ☐  No  -  *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing.  When E-Filing, This Form Must Be Linked to the Plan to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(11/05/2012)