_____

So Ordered.

Diane Davis
United States Bankruptcy Judge

Signed this 28 day of July, 2014.

United States Bankruptcy Court
Northern District of New York

_____

In re:

      Vincent D. Iocovozzi
           Debtor

Chapter 13
Case no. 13-62035-6-dd

_____

**ORDER AUTHORIZING THE EMPLOYMENT OF ATTORNEY**

    Upon the Motion of the Debtor, Vincent D. Iocovozzi, for the authority to employ Lee S. Michaels as an attorney to represent him in his legal malpractice action against Keith Bowers, and the Court being satisfied that Lee S. Michaels, Esq., represents no interest adverse to the estate herein, or in the matters upon which he is to be engaged; that his employment is necessary and would be in the best interest of the estate, it is

ORDERED that the Debtor is hereby authorized to employ Lee S. Michaels as his attorney in the legal malpractice action, pursuant to the terms of the retainer agreement, and it is further

ORDERED that no expenses shall be reimbursed or any compensation shall be paid until proper application has been made to the Court with notice to all creditors and an Order approving said compensation is entered.

###