**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Vincent D Iocovozzi ,   ) | |
| ) | |
| Debtor(s)   ) | |
| ) | Case No. 13–62035–6–dd |
| ) | |
| Social Security No(s).: xxx–xx–6550 and all   ) | Chapter 13 |
| Employer's Tax Identification No(s). *[if any]*   ) | |
| ) | |

**CLERK'S NOTICE OF DEFICIENT DOCUMENT FILED**

The Clerk has received and filed your document(s) numbered 90 with respect to the above case/adversary. The Court cannot further process your document as filed due to:

☑ ***Problem/Error:***

**The hearing information (date, time or location) on your PDF is incorrect.**

*To resolve the deficiency, you must complete the following action by 8/4/2014 :*

☑ ***Corrected Action Needed:***

**Electronically submit the appropriate amended document via the CM Notices category.**

Failure to resolve the deficiency(s) by the above deadline may result in the Court not processing your pleadings, not granting the relief requested, and/or taking other Court action as appropriate.

In the event that you have provided notice to parties, it is your responsibility to advise parties of any changes or corrections.

Date: 8/1/14                                                                KIM F. LEFEBVRE
                                                                                        Clerk of the Bankruptcy Court

                                                                                        By:  Dana Rosenberg
                                                                                              518–257–1616
                                                                                              Deputy Clerk's Name and Telephone Number