# GETNICK LIVINGSTON ATKINSON & PRIORE, LLP
### ATTORNEYS AT LAW

MICHAEL E. GETNICK
JOHN J. LIVINGSTON
THOMAS L. ATKINSON
JANET M. RICHMOND ○
JOSEPH A. DETRAGLIA ◊
PATRICK G. RADEL
JEFFREY M. REALE ∧

258 Genesee Street, Suite 401
Utica, New York 13502

P: (315) 797-9261
F: (315) 732-0755
www.getnicklivingston.com

DAVID A. EGHIGIAN

○ Also admitted in D.C. & Iowa
◊ Also admitted in Massachusetts
∧ Also admitted in Virginia

NICHOLAS S. PRIORE
1986-2007

September 5, 2014

**VIA ELECTRONIC FILING ONLY**

Honorable Diane Davis
United States Bankruptcy Judge
United States Bankruptcy Court
10 Broad Street - Room 230
Utica, New York 13501

      RE:    Vincent D. Iocovozzi
               Chapter 13 Bankruptcy    Case No. 13-62035

Dear Judge Davis:

      I represent GPO Federal Credit Union, a secured creditor in this case. I write to respectfully request a status conference concerning the terms of your Honor's Scheduling Order, dated August 27, 2014 (Docket No. 93). Debtor's counsel has advised me that she has no objection to this request. Thank you.

                                       Respectfully,
                                       /s/ Patrick G. Radel
                                       Patrick G. Radel
                                       Bar Roll No. 512794
                                       Counsel for GPO Federal Credit Union

PGR/sly
cc:    Carol A. Malz, Esq. (via electronic notice)
       Mark W. Swimelar, Esq. (via electronic notice)

G0288350.1