# GETNICK LIVINGSTON ATKINSON & PRIORE, LLP
### ATTORNEYS AT LAW

MICHAEL E. GETNICK
JOHN J. LIVINGSTON
THOMAS L. ATKINSON
JANET M. RICHMOND ○
JOSEPH A. DETRAGLIA ◊
PATRICK G. RADEL
JEFFREY M. REALE ∧

258 Genesee Street, Suite 401
Utica, New York 13502

P: (315) 797-9261
F: (315) 732-0755
www.getnicklivingston.com

DAVID A. EGHIGIAN
BRIAN J. EHRHARD
○ Also admitted in D.C. & Iowa
◊ Also admitted in Massachusetts
∧ Also admitted in Virginia

NICHOLAS S. PRIORE
1986-2007

September 30, 2014

VIA ELECTRONIC FILING ONLY

Honorable Diane Davis
United States Bankruptcy Judge
United States Bankruptcy Court
10 Broad Street - Room 230
Utica, New York 13501

    RE:    Vincent D. Iocovozzi
           Chapter 13 Bankruptcy    Case No. 13-62035

Dear Judge Davis:

    Please allow this to confirm the agreement of the parties (GPO Federal Credit Union, the Debtor, and Bonnette Iocovozzi) to an extension of time to complete discovery through and including October 9, 2014. This agreement modifies the deadline set forth in your Honor's Scheduling Order, dated August 27, 2014 (Docket No. 93). Thank you for your kind consideration in this regard.

           Respectfully,

           /s/ Patrick G. Radel
           Patrick G. Radel
           Bar Roll No. 512794
           Attorney for GPO Federal Credit Union

PGR/sly

G0294821.1