UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re                                                                    Chapter 13
     Vincent D. Iocovozzi                               Case no. 13-62035-6-dd
        Debtor

## DEBTOR'S PRE-TRIAL STATEMENT
Evidentiary Hearing on Valuation of Property

<u>Witnesses</u>

1.  The Debtor will testify as to what he owns, including, but not limited to, the condition of his buildings, the effects of the floods in Herkimer, the income and expenses of the corporation, and the changes that have occurred to his profession.

2.  The Debtor may call Bruce Ward, realtor, as a witness as to his appraisal of two properties (dockets nos. 32 and 74).

3.  The Debtor reserves any right to call any and all witnesses of other parties.

<u>Documentary Evidence</u> (all previously filed with court)

1.  Bruce Ward's appraisal of 329 S. Washington Street, Herkimer, NY (Docket no. 32).

2.  Bruce Ward's appraisal of 203 Second Avenue, Herkimer, NY (Docket no. 74).

3.  The Debtor's petition, schedules, and proposed Chapter 13 Plan.

4.  The Debtor's pay stubs.

5.  Proofs of Claims filed by Creditors.

6.  Complaint in legal malpractice, state court.

<u>Additional Documentary Evidence</u> (already provided to the Chapter 13 Trustee and/or attorney for creditor BonNette Iocovozzi)

7.  Personal federal and state tax returns.

8. Vincent D. Iocovozzi Funeral Home, Inc. federal and state tax returns.

9. Property and school tax bills for each real property.

<u>Pre-Hearing Statement</u>

1.  The Debtor's bankruptcy and plan were submitted in good faith with fair estimations of value of property, and the Plan provides a 100% dividend to unsecured creditors.

2.  The Debtor settled with GPO Federal Credit Union to the best of his ability so that only a fair portion of the joint mortgage remained against the joint property in the Town of Exeter.  The Debtor is additionally jointly liable for any deficiency on the foreclosure of the joint property in the Town of Exeter.

3.  The Debtor does not object to the valuations of personal property by creditors in their Proofs of Claims.

4.  The Debtor asked other parties if they wanted to appraise any property, and with exception of GPO Federal Credit Union, no creditor requested to schedule any appraisal.

5.  The Debtor has fully cooperated with disclosure.


Dated:  October 17, 2014

/s/ Carol Malz

_____

Carol Malz, Esq. (NYND 510644)
554 Main Street
P.O. Box 1446
Oneonta, NY  13820
(607) 432-6932