UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                          Chapter 13
    Vincent D. Iocovozzi                      Case No. 13-62035-6-dd
        Debtor

**DEBTOR'S EXHIBITS**

7.  Proofs of claims of Creditors who hold security interests in personal property.