**Margaret M. Peterson**
**11345 McKoon Road**
**Remsen NY 13438-4267**

September 2, 2014

Carol Malz, Esq.
P.O. Box 1446
554 Main Street
Oneonta, NY  13820

Re:  Vincent D. Iocovozzi
Bankruptcy Case No. 13-62035-6-dd

Dear Carol:

We, the undersigned, are aware that there is a bankruptcy proceeding of Vincent D. Iocovozzi.  As co-owners of a condominium unit located at 300 Forest Lakes Blvd., in Naples, Florida, we are making an offer to pay the Trustee Ten Thousand Dollars ($10,000.00) in cash plus extinguishment of debt owed by the debtor to the common account for upkeep and maintenance in an amount of $5,500.00.  The property is currently assessed for $73,865.00 (copy of current tax bill enclosed).

Kindly advise.

_____
Margaret M. Peterson

_____
Mary M. Iocovozzi

**NOTICE OF PROPOSED PROPERTY TAXES 2014**
**COLLIER COUNTY TAXING AUTHORITIES**     Real Estate
3950 RADIO ROAD, NAPLES, FL 34104-3750

**DO NOT PAY**
**THIS IS NOT A BILL**

Parcel ID: 78420520008  Millage Area: 0248  Use Code: 04
Situs Address: 300 FOREST LAKES BLVD
Legal Description: TURTLE LAKE GOLF COLONY CONDO
APTS, BLDG 11 UNIT 201

The taxing authorities which levy property taxes against your property will soon hold **PUBLIC HEARINGS** to adopt budgets and tax rates for the next year.

The purpose of these public hearings is to receive opinions from the general public and to answer questions on the proposed tax change and budget **PRIOR TO TAKING FINAL ACTION**. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

375**143552*************AUTO**SCH 3-DIGIT 130
IOCOVOZZI, MARY
MARGARET MURPHY PETERSON
VINCENT D IOCOVOZZI
126 MARY ST
HERKIMER, NY 13350-1922

### SUMMARY OF YOUR PROPERTY VALUATION

| Market Value | 2013 | 2014 |
|---|---|---|
| | 67,150 | 78,044 |

If you feel that the market value of your property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected below, contact your county property appraiser at: (239) 252-8141

If the Property Appraiser's Office is unable to resolve the matter as to the market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available from the County Property Appraiser and must be filed on or before: **5 PM SEPTEMBER 8, 2014**

| Taxing Authorities | Assessed Value | | Exemptions | | Taxable Value | |
|---|---|---|---|---|---|---|
| | Last Year | This Year | Last Year | This Year | Last Year | This Year |
| County | 67,150 | 73,865 | 0 | 0 | 67,150 | 73,865 |
| Public Schools | 67,150 | 78,044 | 0 | 0 | 67,150 | 78,044 |
| Municipality | 0 | 0 | 0 | 0 | 0 | 0 |
| South Florida Water Mgt District | 67,150 | 73,865 | 0 | 0 | 67,150 | 73,865 |
| Independent Special Districts | 67,150 | 73,865 | 0 | 0 | 67,150 | 73,865 |

| Assessment Reductions | Applies To | Amount |
|---|---|---|
| Save Our Homes Benefit | All Taxes | 0 |
| 10% Non-Homestead Cap | Non-School Taxes | 4,179 |
| Agricultural Classification | All Taxes | 0 |
| Working Waterfront | All Taxes | 0 |
| Other | All Taxes | 0 |

| Exemptions | Applies To | Amount |
|---|---|---|
| First Homestead | All Taxes | 0 |
| Additional Homestead | Non-School Taxes | 0 |
| Limited Income Senior | County Taxes | 0 |
| Limited Income Senior | City Taxes | 0 |
| Blind, Widow, Disabled, Other | All Taxes | 0 |

### NOTICE OF PROPOSED AD VALOREM ASSESSMENTS

| | | COLUMN 1* | | COLUMN 2* | | COLUMN 3* | | PUBLIC HEARING INFORMATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | TAXING AUTHORITIES | Your Property Taxes Last Year | Last Year's Actual Tax Rate | Your Taxes This Year IF NO Budget Change Is Adopted | Your Tax Rate This Year IF NO Budget Change is Adopted | Your Taxes This Year if PROPOSED Budget is Adopted | This Year's PROPOSED Tax Rate | *Location Number | Date | Time |
| ID | Name | | | | | | | | | |
| A | County: | | | | | | | | | |
| | GENERAL FUND | $241.33 | 3.5938 | $253.44 | 3.4311 | $265.45 | 3.5938 | 1 | 09/04/2014 | 05:05 PM |
| | MSTU: | | | | | | | | | |
| | UNINCORP GEN - MSTD | $48.09 | 0.7161 | $50.66 | 0.6858 | $52.89 | 0.7161 | 1 | 09/04/2014 | 05:05 PM |
| | FRST LK RDWY/DRN MSTU | $77.96 | 1.1610 | $79.57 | 1.0773 | $81.41 | 1.1022 | 1 | 09/04/2014 | 05:05 PM |
| | VOTER DEBT: | | | | | | | | | |
| | FRST LK RDWY/DRN BOND | $190.64 | 2.8390 | $194.60 | 2.6345 | $214.05 | 2.8978 | 1 | 09/04/2014 | 05:05 PM |
| B | Public Schools: | | | | | | | | | |
| | SCHOOL BOARD - STATE LAW | $231.13 | 3.4420 | $253.42 | 3.2472 | $260.04 | 3.3320 | 2 | 09/09/2014 | 05:30 PM |
| | SCHOOL BOARD - LOCAL BOARD | $150.95 | 2.2480 | $165.52 | 2.1208 | $175.44 | 2.2480 | 2 | 09/09/2014 | 05:30 PM |
| D | South Florida Water Mgt District: | | | | | | | | | |
| | WATER MAN/BIG CYPRESS BASIN | $22.01 | 0.3278 | $22.88 | 0.3097 | $22.88 | 0.3097 | 6 | 09/11/2014 | 05:15 PM |
| E | Independent Districts: | | | | | | | | | |
| | COLLIER MOSQUITO CONTROL | $7.05 | 0.1050 | $7.39 | 0.1001 | $7.39 | 0.1001 | 7 | 09/11/2014 | 05:01 PM |
| | NORTH NAPLES FIRE/OPERATING | $67.15 | 1.0000 | $70.87 | 0.9594 | $73.87 | 1.0000 | 12 | 09/08/2014 | 05:30 PM |
| | **Total Property Taxes** | **$1,036.31** | **15.4327** | **$1,098.35** | **14.5659** | **$1,153.42** | **15.2997** | \* See Reverse Side For Explanation | | |

**Please Note:**
Your final tax bill may contain non-ad valorem assessments which may not be reflected on this notice such as assessment for roads, drainage, garbage, fire, lighting, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district.


*78420520008*