# CAROL MALZ
**Attorney and Counselor at Law**

554 MAIN STREET, P.O. BOX 1446       Licensed in New York
ONEONTA, NEW YORK  13820      & Pennsylvania.
     Inactive in Louisiana.

PHONE:  (607) 432-6932

FAX:  (607) 432-2331
    Service by fax not accepted.

October 24, 2014

Honorable Diane Davis
U.S. Bankruptcy Court
10 Broad Street, Suite 230
Utica, NY  13501

    Re:  Vincent D. Iocovozzi
    Chapter 13 case no. 13-62035-6-dd

Dear Judge Davis:

    On October 18, 2014, I filed a Pre-Trial Statement and Exhibits 1-6 on behalf of my client, Vincent D. Iocovozzi.  Exhibits 7-9 were not filed.

    With GPO FCU and the Debtor reaching a settlement and the Chapter 13 Trustee apparently having no further issues with the Chapter 13 Plan, I did not follow through on filing the remaining exhibits, nor have I provided the court with the originals and two copies.  I realize that the court can take judicial notice of Exhibits 3-6 as they are pleadings and required documents within this case, and we certainly have no objection to any other party submitting them if needed.

    Thank you for your considerations.

    Very truly yours,

    /s/ Carol Malz

    Carol Malz

cc:  Thomas Hughes, Esq. (by ECF)
    Mark W. Swimelar, Esq. (by ECF)