**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions (Albany, Syracuse and Utica)**

**This Form Is To Be Used Confirmation Hearings[1] Only.**

Division:

Case Name:  Vincent D. Iocovozzi

Case No.:  13-62035

☐    Adjournment Request[2] for Hearing on Confirmation of Plan Filed at Docket ___

No. Reason for Adjournment Request:

<u>Original</u> Return Date of Confirmation Hearing:

Number of prior adjournment request that have been made: _____

☒    Notification of Withdrawal of ☐ Plan; ☒ Objection; ☐ Other: _____
    Filed at Docket No.:   77

☐    Notification of Settlement of Objection Filed at Docket No.:   _____

<u>Present</u> Date of Confirmation Hearing:  October 28, 2014

Requested Adjourned Confirmation Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
    Thomas P. Hughes, Esq., 23 Oxford Road, New Hartford, NY  13413
    thughes@23oxfordroad.com

Consent of All Parties Obtained?     ☒  Yes   ☐   No  -  *Absent compelling reasons,*

*adjournments will not be granted without the consent of all parties.*

Cc:  Carol Ann Malz; Martin A. Mooney; Patrick G. Radel; Mark W. Swimelar

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the <u>Plan</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to hearings on the motion calendar.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013B(11/05/2012)