

Bank of America N.A.
NC4-105-02-99
4161 Piedmont Parkway
Greensboro, NC 27410-6012
Tel    888-702-1161
Fax   336-805-3509

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
10 BROAD STREET ROOM 230
UTICA, NY 13501

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In Re: VINCENT D IOCOVOZZI

Case Number: 13-62035

BANK OF AMERICA filed a claim on: 01/28/2014

Account number: 9653

Chapter: 13

This claim was: 007

Please WITHDRAW that claim, which was submitted for $22776.07.

Sincerely,

/S/ MIRANDA MCDOWELL
AVP, Bankruptcy Specialist

Enclosures