So Ordered.

Signed this 3 day of June, 2015.

_____
Diane Davis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE:                                                                  Chapter 13
    Vincent D. Iocovozzi                                   Case No. 13-62035-6-dd
        Debtor

_____

**ORDER AUTHORIZING SALE OF REAL PROPERTY**

UPON the Motion of Vincent D. Iocovozzi, through his attorney, Carol Malz, Esq., to sell to Mary Iocovozzi and Margaret Peterson his one-third share in a condominium located at 300 Forest Lakes Blvd., Naples, Florida, with the legal description of "Turtle Lake Golf Colony Condo, Apts. Bldg 11, Unit 201," a property he jointly owns with Mary Iocovozzi and Margaret Peterson, for ten thousand dollars and no cents ($10,000.00), along with the claim of Mary

Iocovozzi for $5,250.00 (Claim No. 14) being marked "paid in full" and the extinguishment of all post-petition debt for the Debtor's share of the condominium fees, and

UPON a hearing having been held on November 13, 2014 and March 12, 2015, and the objection of Mark W. Swimelar, Esq., the Chapter 13 Trustee, having been heard and withdrawn, it is

ORDERED that the sale of the real property known as "Turtle Lake Golf Colony Condo, Apts. Bldg 11, Unit 201" is approved for the price of ten thousand dollars and no cents ($10,000.00), along with Claim No. 14 for $5,250.00 being marked "paid in full" and the Debtor having no liability for any post-petition condominium fees or charges, and it is further

ORDERED that Mary Iocovozzi and/or Margaret Peterson shall have the necessary transfer documents drawn up and shall deliver to the Chapter 13 Trustee funds in the amount of ten thousand dollars ($10,000.00) for payment into the Debtor's Chapter 13 Plan within forty-five (45) days of this Order, and it is further

ORDERED that Claim No. 14 for $5,250.00 shall be marked "paid in full," and the Debtor shall have no further liability for that claim, and it is further

ORDERED that all post-petition condominium fees and charges are the sole responsibility of Mary Iocovozzi and Mary Peterson, and it is further

ORDERED that the Debtor shall sign all papers necessary to transfer his one-third interest in the condominium to Mary Iocovozzi and Mary Peterson.

SO ORDERED.