UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

CHAPTER 13 PROCEEDING

IN RE: Vincent Iocovozzi

APPLICATION FOR TRUSTEE APPROVAL
TO OBTAIN NON-EMERGENCY DEBT

Debtor(s).

Case No. 13-62035

The above-named Debtor(s) hereby seek(s) approval from the Chapter 13 Trustee to incur non-emergency consumer debt pursuant to Local Bankruptcy Rule 4001-4(a) as follows:

Purpose of Loan:  Replace vehicles with newer limousine and change of colors for my business
Need new vehicles to continue to conduct corporate business.

Lender Directors Choice; Amount of Loan:  25000.00 Term of Repayment (in months):  60  Interest Rate: 2% Monthly Payment 737.41 Amount and Source of Down-Payment or Deposit:  Silver 2006 Cadillac vin # 1GEEH96Y66U550425 Limousine and exchanging it for 2006 Lincoln Limo vin #

Property being pledged as collateral (if any):  2006 SS Lincoln Limo 6 door vin #1L1FM88W66Y626102

Description of changes in employment or income of Debtor(s) since petition was filed None. This is a corporate expense and does not affect the Debtor's individual budget.  Creditor already being paid outside of plan.

**PLEASE NOTE:**
• If the loan is approved, the Debtor(s) will be responsible for the monthly payments OUTSIDE the Chapter 13 plan; these payments will NOT be included in the bankruptcy.
• If the lending institution requires an Order signed by the Bankruptcy Judge, Debtor(s)' Counsel will need to proceed by motion.
• The Trustee requires ORIGINAL document with signatures - NO FAXED COPIES.
• Documentation must be provided and/or filed with the Bankruptcy Court, as appropriate: loan documents; Amended Schedules (A/B, I, J); current pay stubs; proof of value & insurance.

I/We hereby certify under penalty of perjury that the above information is true and correct, and that incurring this non-emergency consumer debt does not involve a material modification of my/our budget.

Debtor   Date: 10-6-16

Joint Debtor   Date: _____

Debtor(s)' Counsel   Date: 10-12-16

**For Trustee Office Use Only**

☒ Approved  ☐ Denied   Reason: _____

Signed: _____   Date: 10/18/16
☒ Mark W. Swimelar, Chapter 13 Trustee (Bar Roll #506340)

10-2-16