# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
Kim Lefebvre, Clerk

| **ALBANY DIVISION** | **SYRACUSE DIVISION** | **UTICA DIVISION** |
|---|---|---|
| JAMES T. FOLEY COURTHOUSE | JAMES M. HANLEY FEDERAL BUILDING | ALEXANDER PIRNIE FEDERAL BUILDING |
| 445 BROADWAY, SUITE 330 | 100 SOUTH CLINTON ST, SUITE 315 | 10 BROAD ST, ROOM 230 |
| ALBANY, NEW YORK 12207 | PO BOX 7008 | UTICA NEW YORK 13501 |
| (518) 257-1661 | SYRACUSE, NEW YORK 13261-7008 | (315) 793-8101 |
| Fax:(518) 257-1650 | (315) 295-1600 | Fax:(315) 793-8128 |
|  | Fax:(315) 295-1655 |  |

**REPLY: Albany**

March 12, 2018

Vincent D Iocovozzi
203 Second Avenue
Frankfort, NY 13340

Dear Mr. Iocovozzi,

The Bankruptcy Court Clerk's Office does not report information to the credit reporting agencies, nor can we direct them to modify, delete or change the information contained in a credit report. If you have concerns about the accuracy of credit report information, you can file a dispute directly with the individual credit reporting agencies.

Our offices are open 9:00 am to 4:00 pm Monday through Friday, except legal holidays. You are welcome to visit, review case files, print documents, and ask any procedural questions. If you are having legal difficulties, you may want to speak with an attorney.

If you have procedural questions, or would like to request a formal search of records, please call me directly at 518-257-1632.

Sincerely,


Edward DiDonna
Operations Supervisor, Albany New York

13-62035

Vincent D. Iocovozzi

203 Second Ave

Frankfort New York

13440

RECEIVED
MAR 12 2018
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Dear Gentlemen

Can you please tell me if the New York State bankruptcy reports directly to any of the three credit bureaus.

Respectfully,

Vincent D. Iocovozzi