**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  In re Vincent D. Iocovozzi

Case No.: 13-62035-6-dd

Division: Utica

Adversary Proceeding No. (if applicable):

☐  Adjournment Request[2] for Hearing on Motion at Docket No.: _____

   Reason for Adjournment Request:

   Original Return Date of Motion:

   Number of prior adjournment request that have been made _____

☐  Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
   at Docket No.: _____

☒  Notification of Settlement of Motion at Docket No.:  __195, 197__

Date of Hearing: October 23, 2018

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:

   Michael J. Wegman, Lacy Katzen LLP
   130 East Main Street, Rochester NY 14604
   585-324-5702; mwegman@lacykatzen.com

Consent of All Parties Obtained?    ☒  Yes  ☐  No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>. When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)