Hearing Date:  November 13, 2018
Hearing Time:  9:30 a.m.
Hearing Location:  Utica, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE:
      Vincent D. Iocovozzi                Chapter 13
          Debtor                      Case No. 13-62035-6-dd

_____

### REPLY TO RESPONSE OF TRUSTEE

      Vincent D. Iocovozzi (the "Debtor"), by and through his attorney, Carol Malz, Esq.,

replies to the Response/Affirmation of the Trustee, and states as follows:

      1.  The Motion for Relief from the Automatic Stay, filed by Herkimer County, was

initially heard on October 23, 2018.

      2.  At that time, no party but the Debtor had filed an objection to the Motion.  The Debtor

objected to relief as to the two apartment buildings, due to the pending Motions to Sell, sales

which would pay off the taxes.  The Debtor also asked for a delay in stay relief, which the Court

granted at least until November 13, 2018, giving the Debtor time to address the delinquent taxes.

      3.  The Debtor was fortunately able to get funds together to pay most of the taxes.

      4.  The taxes on the Herkimer funeral home have not been paid.  That property is subject

to a mortgage with GPO (which was a refinancing, following the resolution of issues in this

Court).  The funeral home was destroyed by a fire this summer and, upon information and belief,

is fully covered by insurance.

      5.  The taxes on one of the two apartment buildings are still outstanding.  It is expected

that the parties will stipulate to a date to close the sale, with the taxes paid off.  (The Debtor has

provided the Trustee with estimates to repair the two apartment buildings, and is awaiting a

response as to whether that is sufficient to address the Trustee's objection to the sales of the two

apartment buildings.)

      6.  The sales will pay off the judgment lien of Morris & Clemm, P.C., a creditor in the

bankruptcy as set forth in the Motions to Sell.

7.  The Debtor agrees with the Trustee that the stay should remain in place.

8.  The Debtor submits that there is no basis for converting the case to Chapter 7.  The Debtor has been in Chapter 13 for 58 months and plans to finish his case.

Dated:  November 5, 2018                    /s/ Carol Malz
                                            Carol Malz, Esq.
                                            (NYND # 510644)
                                            Attorney for the Debtor
                                            15476 State Highway 23
                                            Davenport Center, NY   13751
                                            (607) 349-7925 & 278-5438