UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:                                                                       Chapter 13
    Vincent D. Iocovozzi                                   Case no. 13-62035-6-dd
    Debtor

**MODIFIED PLAN (with amendment to correct figures)**

The Debtor, Vincent D. Iocovozzi, proposes the following modifications to his Plan confirmed by Order dated January 22, 2015:

I. A.  Term of Plan:  58 months

Required Monthly Payments:  $600.00 for 5 months, $2100.00 for 5 months, $694.00 for 48 months.

Minimum Amount to Be Paid into the Plan:  **$59,289.62**, including at least **$3,077.62** from the sales of two apartment buildings.

Minimum Amounts to Be Paid to General Unsecured Creditors under the Plan shall be the greater of: ….    Liquidation Amount:  Unknown (only the sale of his 1/3 interest in the Florida condo resulted in a payment equal to the value listed in Schedule A).
    Percentage Repayment:  < 10%.

II. B.  Secured Claims

    (i) Real Property Mortgage Claims
        (c) Post-Petition mortgage payments to be paid by the Trustee to the Creditor through the Plan:
        Creditor:  Mary Iocovozzi (now Estate of Mary Iocovozzi) (POC13)
        Amount:  $5,000.00
        Interest Rate:  4%

Dated:  November 10, 2018                                              /s/ Vincent D. Iocovozzi