So Ordered.

Signed this 19 day of November, 2018.

                            Diane Davis
             United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

IN RE:                                            Chapter 13
    Vincent D. Iocovozzi                     Case No. 13-62035-6-dd
        Debtor

---

**ORDER AUTHORIZING SALES OF REAL PROPERTY**

UPON the Motions of Vincent D. Iocovozzi, through his attorney, Carol Malz, Esq., to sell to his son, Vincent G. Iocovozzi, his real property located at 335 S. Washington Street, Village and County of Herkimer, New York (tax map no. 120.33-4-30) for ten thousand dollars and no cents ($10,000.00) plus payment of all property taxes owed on it, and his real property located at 327 S. Washington Street, Village and County of Herkimer, New York (tax map no.

120.25-3-81) for five thousand dollars and no cents ($5,000.00) plus payment of all property taxes owed on it, and

UPON an objection having been filed by Morris & Clemm, P.C. in regards to payment of its judicial lien, and a response having been filed by the Trustee requesting further information on the properties, and the hearing of October 23, 2018 being adjourned to November 13, 2018, and

UPON a hearing having taken place on November 13, 2018, with a settlement having been reached with Morris & Clemm, P.C., and repair estimates having been furnished to the Trustee, and

UPON appearances by Carol Malz, Esq., for the Debtor, Ed Fintel, Esq., for the Trustee, and Kyle Crandall, Esq., for Herkimer County, it is

ORDERED that the sale of the real property known as 335 S. Washington Street, Village and County of Herkimer, New York (tax map no. 120.33-4-30) is approved for the price of ten thousand dollars and no cents ($10,000.00), plus payment of all property taxes owed on it, and it is further

ORDERED that the estimated closing costs of $80.00 (transfer tax), $5.00 (filing of TP-584), $500.00 (abstract and tax search), and $750.00 (attorney fee) are approved, and it is further

ORDERED that the sale of the real property known as 327 S. Washington Street, Village and County of Herkimer, New York (tax map no. 120.25-3-81) is approved for the price of five thousand dollars and no cents ($5,000.00) plus payment of all property taxes owed on it, and it is further

ORDERED that the estimated closing costs of $52.00 (transfer tax), $5.00 (filing of TP-584), $500.00 (abstract and tax search), and $750.00 (attorney fee) are approved, and it is further

ORDERED that the property taxes on 335 S. Washington Street, Village and County of Herkimer, New York, will be paid to the Herkimer County Treasurer by the deadline set forth in the Order Granting Relief from the Automatic Stay, and it is further

ORDERED that in full settlement and satisfaction of the claim of Morris & Clemm, P.C. (Claim no. 8), the closing attorney shall remit ninety two hundred eighty dollars and thirty eight cents ($9,280.38) (the "settlement amount") in a lump sum out of the sale proceeds to "Lacy Katzen LLP, as attorneys" by mail to "PO Box 22878, Rochester, NY 14692-2878," and it is further

ORDERED that after payment is received and confirmed to have cleared in good funds, Lacy Katzen, LLP, as attorneys for Morris & Clemm, P.C., shall file with the Herkimer County Clerk's Office a Satisfaction of Judgment, and provide a copy of the time-stamped Satisfaction to Debtor's attorney, and it is further

ORDERED that after payment is received and confirmed to have cleared in good funds, Morris & Clemm, P.C.'s claim in this bankruptcy proceeding (Claim no. 8) shall be deemed satisfied, and it is further

ORDERED that the closing attorney shall remit to the Chapter 13 Trustee the net proceeds from the sales, estimated to be three thousand seventy seven dollars and sixty two cents ($3,077.62).

SO ORDERED.

###