**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

December 21, 2018

333 WEST WASHINGTON ST., SUITE 200
SYRACUSE, NY 13202
(315) 423-7100

**WENDY A. KINSELLA**

FAX:    (315) 422-9331
WKINSELLA@HARRISBEACH.COM

Honorable Diane Davis
Bankruptcy Court Judge
230 U.S. Courthouse
10 Broad Street
Utica, NY 13501

    RE:    <u>Berkshire Bank's Motion for an Order Confirming the Automatic Stay Does Not Apply</u>, and Related Relief

Dear Judge Davis:

    Simultaneously with the filing of this letter, I am uploading an Order Confirming No Stay Exists with respect to the Non-Debtor Collateral of V.J. Iocovozzi Funeral Home, Inc. Please note this Order has been reviewed and approved by Carol Malz, Esq. on behalf of the Debtor, and Mark Swimelar, Chapter 13 Trustee.

    If the Court has any questions, please do not hesitate to contact me. I thank the Court for its consideration herein.

                                    Sincerely,

                                    HARRIS BEACH PLLC

                                    Wendy A. Kinsella

WAK:maf
attachment