**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  Vincent D. Iocovozzi

Case No.:  13-62035-6-dd

Division:  Utica

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[2] for Hearing on Motion at Docket No.: _____

Reason for Adjournment Request:

Original Return Date of Motion:

Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of  ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
at Docket No.: _____

☒ Notification of Settlement of Motion at Docket No.:  __205__

Date of Hearing:  2/12/2019

Requested Adjourned Hearing Date:  N/A

Requesting Attorney's Name, Office Address, Phone and Email Address:
  Carol Malz, Esq. (NYND 510655)
  15476 State Highway 23
  Davenport Center, NY  13751
  (607) 349-7925, camalz12@outlook.com

Consent of All Parties Obtained?    ☒ Yes   ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:  Mark W. Swimelar, Esq., Patrick Radel, Esq.

**This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior to the Hearing.  When E-Filing, This Form Must Be Linked to the Motion to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)