UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**In re:**

**CHAPTER 13 PROCEEDING**

**VINCENT D IOCOVOZZI**

                Debtor.           Case No. **13-62035**

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Mark W. Swimelar files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor: DAMIANO IOCOVOZZI**

| | |
|---|---|
| **Court Claim#:** | 015-3 |
| **Account #:** | assignee of Rose Seppi |
| **Claim Allowed (Mortgage arrears):** | $13,499.29 |
| **Amount Paid through Chapter 13 Bankruptcy:** | $13,499.29 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

\_\_\_ Through the Chapter 13 Bankruptcy          _X_\_\_ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating:
1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and, 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

**In re:**

**VINCENT D IOCOVOZZI**

                      Debtor.                  Case No. **13-62035**
                                                      Chapter 13

## CERTIFICATE OF SERVICE

     **SUSAN ISABELL** certifies that she is, and at all times hereinafter mentioned was, an employee in the office of the Standing Chapter 13 Trustee and over the age of 18 years;

     That on January 27, 2020, she served the within Notice of Final Cure Payment by first-class mail on the below named at the address listed below, by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper under the exclusive custody of the United States Post Office Department in an official depository within the State of New York.

     VINCENT D IOCOVOZZI
     203 SECOND AVENUE
     FRANKFORT, NY 13340


     DAMIANO IOCOVOZZI
     627 POPPY STREET
     PALM SPRINGS, CA 92261


     And she hereby certifies that she electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which sent notification of such filing to the following:

     OFFICE OF THE U.S. TRUSTEE
     USTPRegion02.UT.ECF@usdoj.gov

     CAROL A MALZ ESQ

                                                            */s/ Susan Isabell*
                                                              Susan Isabell