B2170 (Form 2170) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In Re: Debtor(s) (name(s) and address)  )
Vincent D Iocovozzi  )
  )
xxx–xx–6550  ) Case Number: 13–62035–6–dd
203 Second Avenue  )
Frankfort, NY 13340  )
  )
  )
  )
  ) Chapter: 13
  )

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Mark W. Swimelar–Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Utica, NY
DATED: 5/1/20

*BY THE COURT*

Diane Davis
U.S. Bankruptcy Judge